# United States Bankruptcy Court
## Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

**Monday, November 1, 2010**                                      Hearing Room  301

---

<u>1:31 pm</u>
**6:10-40807    June F Reyno**                                                              **Chapter 13**
    #99.00        Confirmation of Chapter 13 Plan
                                Docket #:


**Matter Notes:**

PRESENT:        _Schneider_ , for Rod Danielson, Trustee

                                , for Debtor

                                , for

(  ) Confirmed per trustee's recommendation - Plan provisions: % to pay _____

                        Duration: _____

                        Payment $ _____

(  ) Objection to plan: (  ) Withdrawn  (  ) Sustained  (  ) Overruled

(X) **Case Dismissed:**

    (  ) without prejudice   (✓) Under 109(g)

[X] **CLERK'S BNC ORDER DISMISSING ON_____**
[/] **New case may be filed before dismissal is entered.**

(  )    Conversion to chapter 7 in 10 days or dismiss

(  )    Continued to _____ at _____ pm

(  )    Off calendar

(  )    Other


**Judge:**
    EH_____

---